IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN LEXIE, )
    Plaintiff, )
     )
    v. ) Civil Action No. 06-1679
     )
TRI-RIVER MARINE, INC., )
    Defendant. )

## ORDER

AND NOW, this 10th day of July, 2007, upon consideration of defendant's motion to compel plaintiff's deposition [document #13] and plaintiff's response thereto, IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1. Plaintiff shall appear for deposition on Tuesday, July 24, 2007 at 10 AM at the offices of defendant's counsel. **Should plaintiff fail to appear, the Court will entertain a motion to dismiss for failure to prosecute**.

    2. Discovery shall end on August 17, 2007.

    3. The status conference of July 10, 2007 will now be held before the undersigned on Thursday, September 6, 2007 at 4:30 PM.

    4. **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED IN THIS CASE.**

BY THE COURT:

_____, J.
Gary L. Lancaster,
United States District Judge

cc:   all parties of record