IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN LEXIE, | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 06-1679 |
| | ) |
| TRI-RIVER MARINE, INC., | ) |
|     Defendant. | ) |

<u>ORDER OF COURT</u>

AND NOW, this 2nd day of October, 2007, the court having been advised by counsel for the plaintiff that this case has been settled and the only remaining matter is a hearing to approve the settlement and distribution, IT IS ORDERED that the hearing to approve the settlement will be held before the undersigned on Friday, November 16, 2007 at 11:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.  Plaintiff's counsel is granted leave to participate in this hearing by telephone and shall contact chambers and provide their direct dial telephone number.

IT IS FURTHER ORDERED that the status conference, scheduled for October 24, 2007, is hereby cancelled.

                                  BY THE COURT:

                                  <u>s/Gary L. Lancaster</u>
                                  Gary L. Lancaster,
                                  United States District Judge

cc:    All Counsel of Record